UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

LM INSURANCE CORPORATION,

                          Plaintiff,

   -against-

FEDERAL INSURANCE COMPANY; NEW
YORK MARINE AND GENERAL INSURANCE
COMPANY,

                        Defendants.

------------------------------------------------------------- x

ORDER

20 Civ. 2258 (GBD)

GEORGE B. DANIELS, District Judge:

    The October 22, 2020 initial conference is cancelled.

Dated: October 8, 2020
       New York, New York

                                  SO ORDERED.

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE