UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LM INSURANCE CORPORATION,

                               **Plaintiff,**                          20-CV-02258 (GBD)(SN)

            -against-                                            **ORDER**

FEDERAL INSURANCE COMPANY, et al.,

                               **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 30, 2020, the Honorable George B. Daniels referred this case to me for general pretrial and specific non-dispositive motions, including the pending discovery motion at ECF Nos. 30 and 31. Accordingly, a telephonic settlement conference is scheduled for December 4, 2020, at 4:00 p.m., at which to discuss the pending motion. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Because the parties have already filed pre-conference letters regarding the dispute, no further filings are required.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:     December 2, 2020
                    New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020