**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- X

LM INSURANCE CORPORATION,

                     Plaintiff,

  -against-

FEDERAL INSURANCE COMPANY; NEW YORK MARINE AND GENERAL INSURANCE COMPANY,

                     Defendants.
------------------------------------- X

ORDER

20 Civ. 2258 (GBD)

GEORGE B. DANIELS, District Judge:

The June 3, 2021 status conference is adjourned to July 27, 2021 at 9:45 a.m.

Dated: June 1, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE