# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

WWW.LONDONFISCHER.COM

LOS ANGELES OFFICE
800 WILSHIRE BOULEVARD, SUITE 1550
LOS ANGELES, CALIFORNIA 90017

July 8, 2021

**SO ORDERED**

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

JUL 0 8 2021

*VIA ECF*

Hon. George B. Daniels
United States District Court,
Southern District of New York US Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

Re: *LM Insurance Corporation v. Federal Insurance Company and New York Marine and General Insurance Company*
Docket No.: 1: 20-cv-02258-GBD
LF File No. 430.0567335

Dear Judge Daniels:

We represent defendant Federal Insurance Company ("Federal") in this declaratory judgment action. Federal submits this letter to request that Docket Entry 78-8 be formally sealed by this Court as it contains sensitive and confidential information, namely Social Security and Birthdate information of the underlying personal injury plaintiff. We have already notified the Clerk of Court who has placed it under temporary emergency sealing. A redacted version of the same document can be found at Docket Entry 58-3. As a result of the foregoing, we ask that the document remain under seal.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LONDON FISCHER LLP

*Maria Jorgelina Foglietta*

Maria Jorgelina Foglietta

cc: All Counsel of Record Via ECF

{N1930639.1}