UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
LM INSURANCE CORPORATION, :
:
Plaintiff, :
-against- :
:
FEDERAL INSURANCE COMPANY; NEW :
YORK MARINE AND GENERAL INSURANCE :
COMPANY, :
:
Defendants. :
------------------------------------- x

ORDER

20 Civ. 2258 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from July 27, 2021 to September 7, 2021 at 9:45 a.m.

Dated: July 20, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE