**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

LM INSURANCE CORPORATION,

                Plaintiff,

  -against-

                                        ORDER

FEDERAL INSURANCE COMPANY; NEW
YORK MARINE AND GENERAL INSURANCE      20 Civ. 2258 (GBD)
COMPANY,

                Defendants.
------------------------------------ x

GEORGE B. DANIELS, District Judge:

      The status conference scheduled for September 7, 2021 at 9:45 a.m is cancelled. The Court will hear oral argument on the pending motions for summary judgment, (ECF Nos. 55, 61), on November 9, 2021 at 10:30 a.m.

Dated: August 30, 2021
       New York, New York

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE