UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
LM INSURANCE CORPORATION,

                    Plaintiff,

   -against-

FEDERAL INSURANCE COMPANY; NEW
YORK MARINE AND GENERAL INSURANCE
COMPANY,

                  Defendants.
------------------------------------- X

MEMORANDUM DECISION AND
ORDER

20 Civ. 2258 (GBD)

GEORGE B. DANIELS, District Judge:

This Court having been advised by the parties that no justiciable issues remain in this case, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All discovery deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: March 23, 2023
        New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE