UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
LM INSURANCE CORPORATION,                :
                                         :
                         Plaintiff,      :                  ORDER
                                         :
         -against-                       :           20 Civ. 2258 (GBD)
                                         :
FEDERAL INSURANCE COMPANY; NEW YORK      :
MARINE AND GENERAL INSURANCE COMPANY,    :
                                         :
                         Defendants.     :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

On September 26, 2024, this Court issued an order reopening this case for the limited purpose of certifying its Summary Judgment Order as a final judgment. This Court has certified its Summary Judgment Order as a final judgment. Accordingly, the Clerk of Court is directed to close the above-captioned action.

Dated: 9/30/2024
New York, New York

SO ORDERED.

*George B Daniel*
GEORGE B. DANIELS
United States District Judge