USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**LM INSURANCE CORPORATION,**

**Plaintiff,**

**-against-**

**FEDERAL INSURANCE COMPANY, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**20-CV-02258 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

In light of the ruling by the Court of Appeals to remand the case for further proceedings, the parties are directed to meet and confer and submit a status letter by no later than Wednesday, August 12, 2026, proposing any next steps in the litigation.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 29, 2026
New York, New York