**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------- x

LM INSURANCE CORPORATION,

Plaintiff,

-against-

FEDERAL INSURANCE COMPANY and NEW YORK MARINE AND GENERAL INSURANCE COMPANY,

Defendants.

--------------------------------------- x

ORDER

20 Civ. 2258 (GBD)

GEORGE B. DANIELS, United States District Judge:

All counsel in the above-captioned matter are directed to appear before this Court on November 10, 2026 at 10:15 A.M. for a status conference.

Dated: October 20, 2026,
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge